# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, | CV F- 06-01781 OWW DLB P |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | |
| T. AVILA, et. al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on December 8, 2006. The complaint appears to a cognizable claims for relief for excessive force in violation of the Eighth Amendment against defendants Avila, Kavanaugh, Patterson, Johnson, Rodriguez, Patrick, England, Dumont and Bueno. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Avila, Kavanaugh, Patterson, Johnson, Rodriguez, Patrick, England, Dumont and Bueno.

2. The Clerk of the Court shall send Plaintiff nine (9) USM-285 forms, nine (9) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 8, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the

1 attached Notice of Submission of Documents and submit the completed Notice to the
2 Court with the following documents:
3     a.     Completed summons;
4     b.     One completed USM-285 form for each defendant listed above; and
5     c.     Ten (10) copies of the endorsed complaint filed December 8, 2006.
6     4.     Plaintiff need not attempt service on Defendants and need not request waiver of
7 service. Upon receipt of the above-described documents, the court will direct the
8 United States Marshal to serve the above-named Defendants pursuant to Federal Rule
9 of Civil Procedure 4 without payment of costs.
10     5.     <u>The failure to comply with this Order will result in a Recommendation that this action
11 be dismissed.</u>
12 IT IS SO ORDERED.
13     Dated:    October 5, 2007                /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE