# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR,<br><br>            Plaintiff,<br><br>  v.<br><br>T. AVILA, et. al.,<br><br>            Defendant. | CASE NO.: 1:06-CV-01781 OWW DLB P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING IN PART AND DISREGARDING IN PART MOTION TO DISMISS<br><br>(Doc. 24)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION |

    Plaintiff James Cato, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 13, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On September 2, 2008, plaintiff filed an Objection.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de</u>

1  novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and
2  Recommendations to be supported by the record and by proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1.    The Findings and Recommendations, filed August 13, 2008, is adopted in full;
5        2.    Defendants' unenumerated Rule 12(b) motion to dismiss for failure to exhaust, filed
6              January 3, 2008, is granted and this action is dismissed without prejudice, based on
7              plaintiff's failure to exhaust; and
8        3.    Defendants' Rule 12(b)(6) motion to dismiss is disregarded
9  IT IS SO ORDERED.
10 **Dated:   September 16, 2008**                    **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE